# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:06cr73 |
| | § | (Judge Schell) |
| ERICELDA MARIE GARCIA | § | |

**AMENDED REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on May 8, 2006 to determine whether the defendant violated her supervised release. The defendant was represented by Denise Benson. The Government was represented by Ernest Gonzalez.

On September 22, 2005, Defendant was sentenced by the Honorable Micaela Alvarez of the Southern District of Texas to time served followed by a 3-year term of supervised release for the offense of Accessory After the Fact. On September 22, 2005, Defendant completed her period of imprisonment and began serving her supervised term. Jurisdiction of the case was transferred to the Eastern District of Texas on March 30, 2006.

On April 20, 2006, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender Under Supervision. The petition asserted that the Defendant violated the following conditions: (1) Defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month; (2) Defendant shall notify the probation officer ten days prior to any

change of residence or employment; and (3) Defendant shall participate in a mental health program as deemed necessary and approved by the probation officer.

The petition alleges that Defendant committed the following acts: (1) Defendant failed to report as directed on December 5, 2004 [sic] and December 30, 2005; (2) Defendant moved to a friend's residence on November 30, 2005, but failed to notify the probation officer of her new address; (3) Defendant failed to notify her probation officer that her employment at Kohl's had been terminated; and (4) Defendant failed to attend mental health treatment as directed at Summit Counseling in Richardson, Texas during the months of December 2005 and January 2006.

Prior to the Government putting on its case, Defendant entered a plea of true to all violations. At the hearing, the Court recommended that Defendant's supervised release be modified.

## RECOMMENDATION

The Court recommends that the District Court modify Defendant's supervised release to require that Defendant be committed to the custody of a halfway house, as soon as an opening can be found, for a term of 180 days.

**SIGNED this 29th day of June, 2006.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE